UNITED STATES of America, Plaintiff–Appellee,

v.

Uriel VALENCIA–TORRES, Defendant–Appellant.

No. 14–10036
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 8, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, Suzanna Odette Etessam, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Victor Samuel Elfenbein, Dallas, TX, for Defendant–Appellant.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Uriel Valencia–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Valencia–Torres has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Valencia–Torres's claims of ineffective assistance

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* ——— U.S. ———, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valencia-Torres's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.